**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronald Joseph FOURHORNS,
Defendant–Appellant.**

No. 15–30021.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 16, 2015.*

Filed Sept. 18, 2015.

Ryan George Weldon, Assistant U.S., Leif Johnson, Assistant U.S., USBI–Office

by 9th Cir. R. 36–3.

of The U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robert Henry Branom, Jr., Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Ronald Joseph Fourhorns appeals from the district court's judgment and challenges the 210–month sentence imposed following his guilty-plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fourhorns's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Fourhorns the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Fourhorns has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the waiver, we dismiss Fourhorns's appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**